# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 20, 2022

Lyle W. Cayce
Clerk

No. 21-60728
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

COURTNEY KENTRELL CHAPMAN,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:18-CR-259-1

Before KING, COSTA, and HO, *Circuit Judges*.

PER CURIAM:*

Courtney Kentrell Chapman, federal prisoner # 21184-043, appeals the denial of his request for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). The Government moves to remand this case for the district court to reexamine whether Chapman alleged extraordinary and compelling

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-60728

circumstances, given this court's ruling in *United States v. Shkambi*, 993 F.3d 388, 392-93 (5th Cir. 2021), that a district court is not bound by the policy statement in U.S.S.G. § 1B1.13 if a prisoner moves for compassionate release. Chapman does not object to this motion.  Accordingly, the Government's motion is GRANTED, the ruling of the district court is VACATED, and the case is REMANDED for further proceedings in light of *Shkambi*.  *See United States v. Jackson*, 27 F.4th 1088, 1091-93 (5th Cir. 2022).  We express no opinion about the merits of Chapman's request for compassionate release.